IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>CARROW'S RESTAURANTS, INC.;  )<br>VALERIE J. FUETTE; GEORGE A.  )<br>CAVALLETTO, Trustee of the George )<br>A. Cavalletto, Jr. Revocable Living)<br>Trust Dated April 1, 1996; SHEILA )<br>PATRICIA RYAN, Trustee of the  )<br>George a. Cavalletto, Jr. Revocable)<br>Living Trust Dated April 1, 1996,  )<br>  )<br>        Defendants.  )<br>_____) | 2:08-cv-02717-GEB-DAD<br><br><br><u>DISMISSAL ORDER</u> |

On May 11, 2009, Plaintiff filed a Notice of Settlement in which he states this action "has been settled." Therefore, this action is dismissed.

Dated: May 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1